UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES V. STATLER, JR., <br> Petitioner, <br> v. <br> MARTINEZ, WARDEN, <br> Respondent. | Case No. 23-cv-01925 BLF (PR) <br><br> **JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __**June 7, 2023**_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.23\01925Statler_judgment.docx