UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES V. STATLER, JR.,<br><br>Petitioner,<br><br>v.<br><br>MARTINEZ, WARDEN,<br><br>Respondent. | Case No. 23-cv-01925 BLF (PR)<br><br>**ORDER VACATING JUDGMENT AND REOPENING CASE**<br><br>(Docket No. 11) |

Petitioner, a California state prisoner, filed an unsigned petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. On the same day, the Clerk sent a notice to Petitioner informing him that the petition was insufficient because it was not signed. Dkt. No. 4. The notice advised Petitioner that he must file a signed petition on the court form within twenty-eight days from the date of the notices to avoid dismissal. *Id.* When the deadline passed without a response or any further communication from Petitioner, the Court dismissed the matter without prejudice and entered judgment the same day, June 7, 2023. Dkt. Nos. 9, 10.

On July 5, 2023, Petitioner filed a letter requesting the Court accept the attached signed petition. Dkt. No. 11. Petitioner states that he was out to court from May 24, 2023, until June 15, 2023, and that he did not receive the court notice until June 28, 2023. *Id.* at 1. The Court construes this letter as a motion for reconsideration, and for good cause

shown, **GRANTS** the motion.  The judgment entered on June 7, 2023, is hereby **VACATED**.  Dkt. No. 10.

The Clerk shall reopen this matter.

**IT IS SO ORDERED.**

Dated: _____July 12, 2023_____

BETH LABSON FREEMAN
United States District Judge

Order Reopening Action
P:\PRO-SE\BLF\HC.23\01925Statler_reopen