UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES V. STATLER, JR.,

Petitioner,

v.

EDWARD BORLA, Warden,

Respondent.

Case No. 23-cv-01925 BLF (PR)

**JUDGMENT**

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED WITH PREJUDICE. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _____October 25, 2024_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.23\01925Statler_judgment